UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>YAMILCA ANDINO-APONTE,<br>Defendant. | INFORMATION<br><br>CASE NO. CR26-76(GMM)<br><br>18 U.S.C. § 1708<br><br>(One Count) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
*Theft or Receipt of Stolen Mail Matter Generally*
*(Title 18, United States Code, Section 1708)*

From on or about July 22, 2021 through on or about August 24, 2022, in the District of Puerto Rico, and within the jurisdiction of this Court,

**YAMILCA ANDINO-APONTE,**

the defendant herein, did steal, take, and abstract from and out of any mail, post office, and station thereof and any mail route and other authorized depository for mail matter numerous letters, packages, and mail, and did abstract, remove and embezzle from any such letter, package, and mail, any article and thing contained therein.

All in violation of Title 18, United States Code, Section 1708.

W. Stephen Muldrow
United States Attorney

_____
Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud &
Public Corruption Section

_____
Tania Y. Salas-De Jesús
Special Assistant United States Attorney
USPS-OIG